■ ROBERT JOSEPHS, Respondent, v. LONG ISLAND DAILY PRESS PUBLISHING CO., INC., Appellant.— In an action to recover damages for libel, the appeal is from an order which on reargument adhered to a decision denying appellant's motion to vacate and strike out items 2, 3, 4, 5 and 6 of respondent's notice of examination before trial. Order modified by adding after the word "denied" in the second ordering paragraph the words and figures "as to items 3 and 5, and granted to the extent of striking from item 2 everything following the word 'herein', by striking from item 4 everything following the word 'information', and by striking out item 6 in its entirety." Said order is further modified by striking from item 2 and item 4, as set forth in the third ordering paragraph, everything following the word "herein" and the word "information", respectively, and by striking item 6 from said paragraph. As so modified order affirmed, without costs. Examination to proceed on five days' notice. In our opinion, respondent's examination should be limited as indicated above. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ BLANCHE KNIGHT et al., Appellants, v. ROBERT J. HARDER et al., Respondents. ROBERT C. WEAVER, as State Rent Administrator, Intervenor-Appellant.— In an action brought by tenants of a housing accommodation pursuant to subdivision 5 of section 11 of the State Residential Rent Law (L. 1946, ch. 274, as amd.) to recover for an alleged overcharge of rent, the tenants seek to appeal in accordance with permission of this court from an order of the Appellate Term affirming an order of the District Court, Nassau County, granting the landlords' motion, pursuant to rule 113 of the Rules of Civil Practice, for summary judgment dismissing the complaint, and from the judgment entered thereon. Permission to appeal was granted on June 17, 1957, and the State Rent Administrator, on July 8, 1957, was granted leave to intervene as a party to the appeal. Appeals dismissed, without costs. The record does not contain a notice of appeal to this court, and inquiry has disclosed that no such appeal has been taken, as required by section 562 of the Civil Practice Act. We have, however, examined the merits, and would affirm the order sought to be appealed from if we had not dismissed the appeals. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.